

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of N.R., a juvenile,

\* From the Juvenile Court
of Taylor County,
Trial Court No. 5910-J.

No. 11-25-00070-CV

\* April 30, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.